Angela R. YOUNG; Charles
D. Young, Appellants,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; Ocwen Federal Bank; Greg Whitworth, professionally and individ-

ually; **Wilson & Associates, P.L.L.C.; Robbie Wilson, professionally and individually; John Does, unidentified others, Appellees.**

No. 02–3117.

United States Court of Appeals, Eighth Circuit.

Submitted June 10, 2003.

Decided Oct. 20, 2003.

Angela R. Young, pro se, Little Rock, AR, Charles D. Young, pro se, Pine Bluff, AR, for Plaintiffs–Appellants.

E. Fletcher Jackson, U.S. Attorney's Office, Lance R. Miller, Leisa A. Pulliam, Mitchell & Williams, Christopher L. Palmer, Wilson & Associates, Thomas William Burns, Little Rock, AR, H. Keith Morrison, Wright & Lindsey, Fayetteville, AR, for Defendants–Appellees.

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Charles and Angela Young appeal the district court's[1] adverse disposition of their pro se housing-related claims. After careful review, we affirm the district court's grant of summary judgment to the United States Department of Housing & Urban Development, Wilson Associates, LLC (the Wilson Firm), and Robert M. Wilson, Jr.; and the court's dismissal of Ocwen Savings Bank. Although the district court did not enter any judgment as to defendant Greg Whitworth, we conclude

that the district court intended to dismiss him from the case. *See Small Engine Shop, Inc. v. Cascio,* 878 F.2d 883, 886–87 (5th Cir.1989). We deny as moot Whitworth's motion to be added to Ocwen's pleadings. We also deny the Youngs' request to transfer this appeal to the Federal Circuit. The motion of Wilson and the Wilson firm to be dismissed is granted.

The judgment of the district court is affirmed.

---

**1.** The Honorable George Howard, Jr., United States District Judge for the Eastern District

of Arkansas.